**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **ROBERT FORD INSURANCE** | : | Case No. 21-30224-SHB |
| **AGENCY, INC.** | : | Chapter 11 |
| | : | |
| **Debtor.** | : | |

**OBJECTION TO MOTION OF ROBERT FORD INSURANCE AGENCY, INC. FOR USE OF CASH COLLATERAL AND REQUEST FOR PRELIMINARY EMERGENCY HEARING**

Robert W. Regal ("Regal") by and through his counsel, Gordon Rees Scully Mansukhani, LLP, hereby filed his Objection to Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral and Request for Preliminary Emergency Hearing (this "Objection") and in support thereof, states as follows:

1. On December 1, 2019, Robert Ford Insurance Agency, Inc. ("Debtor") executed a Promissory Note (the "Note") payable to Regal in the face amount of $250,000. Pursuant to the Note, Debtor is required to make monthly payments of $2,651.64.

2. The Note is secured by a security interest in substantially all of Debtor's assets. On March 17, 2020, Regal filed a UCC Financing Statement with the Division of Business Services for the Department of State. A true and correct copy of the UCC Financing Statement is attached hereto as **Exhibit 1** and incorporated herein by reference.

3. On February 11, 2021 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to §§ 1107 and 1108 of the Bankruptcy, Debtor continues to operate its business and remains a debtor-in-possession.

4.  On February 19, 2021, Debtor filed its Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral and Request for Preliminary Emergency Hearing [Docket No. 14] (the "Motion") seeking authority to use cash collateral.

5.  Debtor's Motion does not reference Regal's lien and fails to provide adequate protection to Regal, as required by the Bankruptcy Code.

6.  Regal thereby objects to entry of an order authorizing the use of cash collateral until Debtor provides Regal with adequate protection.

7.  Regal reserves the right to supplement this Objection prior to any final hearing on Debtor's Motion.

Dated:  March 11, 2021.                    GORDON REES SCULLY MANSUKHANI, LLP

 /s/ JK Elkin
JK Elkin (TN#: 017231)
Samantha C. Gerken (TN#: 033582)
GORDON REES SCULLY MANSUKHANI, LLP
3401 Mallory Lane, Suite 120
Franklin, Tennessee 37067
Phone: (615) 772-9000
Fax:    (615) 970-7490
Email: jkelkin@grsm.com
Email: sgerken@grsm.com
*Counsel for Robert Regal*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2021, a true and correct copy of the foregoing **Objection to Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral and Request for Preliminary Emergency Hearing** was filed electronically via the Court's CM/ECF, which will send notification of such filing to all counsel of record.

                                         _/s/ JK Elkin_
                                         JK Elkin

# EXHIBIT 1

**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

ROBERT REGAL
736 BLUE BEECH DR
MARYVILLE, TN 37803-3377

March 17, 2020 6:25 PM

Financing Statement Doc #:  432153768
DLN #:  B0838-9733

## UCC Financing Statement Acknowledgment

This acknowledges the filing of the attached UCC1 document. Please review the data to ensure database information corresponds with information on the submitted UCC form. In the event a discrepancy is found, please note the error and return the entire package to our office. If we may be of any further service to you, please contact us at the number noted below.

*Tre Hargett*
Tre Hargett
Secretary of State

Enclosures: Original Documents

**DEBTOR INFORMATION**

ROBERT FORD INSURANCE AGENCY INC    8421 KINGSTON PIKE
                                    KNOXVILLE, TN 37919-5352

**SECURED PARTY INFORMATION**

REGAL, ROBERT W    736 BLUE BEECH DR
                   MARYVILLE, TN 37803-3377

**RECORDING TAX**
Maximum principal indebtedness for Tennessee recording tax purposes is:    $250,000.00

**FILING INFORMATION**
Financing Statement Doc #:   432153768
Filing Date:                 3/17/2020 6:24 PM
Lapse Date:                  3/17/2025 11:59 PM

**Document Receipt**

Receipt # : 5386047                          Fees Paid:    $15.00
                                             Taxes Paid:   $285.20
Payment-Credit Card Ref #: 3777872248                      $300.20

Phone (615) 741-3276  *  Website: https://tnbear.tn.gov/UCC                  Page 1 of 1

B0838-9733 03/17/2020 6:24 PM Received by Tennessee Secretary of State Tre Hargett

432153768

# FINANCING STATEMENT

This is a representation of a document created electronically at the Tennessee Secretary of State's web site.

Financing Statement Doc #: 432153768
FILED: 3/17/2020 6:24 PM

Tre Hargett, Secretary of State

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**
ROBERT REGAL (865) 567-9387

**B. EMAIL OF CONTACT AT FILER (Optional)**
Roberto.regal8@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
ROBERT REGAL
736 BLUE BEECH DR
MARYVILLE, TN 37803-3377

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## DEBTORS

**1. DEBTOR'S NAME**
a. ORGANIZATION'S NAME: ROBERT FORD INSURANCE AGENCY INC
b. INDIVIDUAL'S SURNAME: 
FIRST PERSONAL NAME: 
ADDITIONAL NAME(S) INITIAL(S): 
SUFFIX: 

c. MAILING ADDRESS: 8421 KINGSTON PIKE
d. CITY: KNOXVILLE    STATE: TN    POSTAL CODE: 37919-5352    COUNTRY: USA

## SECURED PARTIES

**1. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)**
a. ORGANIZATION'S NAME: 
b. INDIVIDUAL'S SURNAME: REGAL
FIRST PERSONAL NAME: ROBERT
ADDITIONAL NAME(S) INITIAL(S): W
SUFFIX: 

c. MAILING ADDRESS: 736 BLUE BEECH DR
d. CITY: MARYVILLE    STATE: TN    POSTAL CODE: 37803-3377    COUNTRY: USA

**COLLATERAL:** This financing statement covers the following collateral:

Renewals of premiums, Economic Interest of agency sale value, Termination Premium Payment

**Maximum principal indebtedness for Tennessee recording tax purposes is:** $250,000.00

Check only if applicable and check only one box: Collateral is
[ ] held in a Trust
[ ] being administered by a Decedent's Personal Representative

Check only if applicable and check only one box:
[ ] Public-Finance Transaction    [ ] Manufactured-Home Transaction    [ ] A Debtor is a Transmitting Utility

Check only if applicable and check only one box:
[ ] Agricultural Lien    [ ] Non-UCC Filing

ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor

OPTIONAL FILER REFERENCE DATA:

NOTE: All information on this form is public record.

UCC FINANCING STATEMENT (TN Form UCC1) (Rev. 10/17)    Page 1 of 1    RDA 1154