

**SO ORDERED.**
**SIGNED this 30th day of March, 2021**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

ROBERT FORD INSURANCE AGENCY, INC.

Case No. 3:21-bk-30224-SHB
Chapter 11

Debtor

## **O R D E R**

On March 19, 2021, the Court entered an Order "reject[ing the Order related to the Application to Employ Counsel filed on March 18, 2021 [Doc. 36]] for failure to attach the mailing matrix referenced in the certificate of service" and directing that "[a]n amended certificate of service that complies with the local rules must be filed and a replacement order uploaded within 5 days." [Doc. 37.]  The Court also reminded Debtor's counsel of this deficiency at the hearing held March 25, 2021.  Nevertheless, because Debtor's counsel has not filed, as of March 30, 2021, an amended certificate of service, the Court directs that the Application to Employ Counsel filed on March 18, 2021 [Doc. 36], is DENIED without prejudice.

###