

**SO ORDERED.**
**SIGNED this 9th day of April, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

ROBERT FORD INSURANCE AGENCY, INC.

Case No. 3:21-bk-30224-SHB
Chapter 11

Debtor

## O R D E R

At the continued hearing held March 25, 2021, on the Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral filed by Debtor on February 15, 2021 [Doc. 11], as amended by the Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral filed on February 19, 2021 [Doc. 14], the Court directed Debtor to tender within ten days an agreed order for the continued use of cash collateral through close of busines on April 23, 2021, that also included a requirement that Debtor serve the agreed order within three days after its entry and noticed the continued hearing on the motion set for April 22, 2021, at 10:00 a.m.  Because Debtor has not tendered, as of April 8, 2021 (which is fourteen days after the March 25 hearing), an agreed order in compliance with the Court's directives, has not sought an extension of time to comply, and the Interim Agreed Order Regarding the Use of Cash Collateral and to Provide Adequate

Protection entered on March 5, 2021 [Doc. 24], expired by its terms on March 18, 2021, the Court directs the following:

    1.  The Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral filed by Debtor on February 15, 2021 [Doc. 11], as amended by the Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral filed by Debtor on February 19, 2021 [Doc. 14], is DENIED without prejudice.

    2.  The continued hearing scheduled for April 22, 2021, on the Motion of Robert Ford Insurance Agency, Inc. for Use of Cash Collateral, as amended, is STRICKEN.

###