Fill in this information to identify the case:

Debtor Name: Robert Ford Insurance Agency, Inc

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number: 21-30224-SHB

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: March                              Date report filed: 04/12/2021
                                                              MM/DD/YYYY
Line of business: Insurance               NAISC code: 524210

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Robert Ford

Original signature of responsible party: *Robert Ford* (signature)

Printed name of responsible party: Robert Ford

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Robert Ford Insurance Agency, Inc           Case number 21-30224 -SHB

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 89,943.71

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 38,086.38

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 57,168.63

22. **Net cash flow**   + $ -19,082.25

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 70,861.46

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00
    (Exhibit E)

Debtor Name  Robert Ford Insurance Agency, Inc           Case number 21-30224 -SHB

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 1

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 30,790.90 | − | $ 38,086.38 | = | $ 7,295.48 |
| 33. **Cash disbursements** | $ 4,956.90 | − | $ 57,168.63 | = | $ 52,211.73 |
| 34. **Net cash flow** | $ 25,834.00 | − | $ -19,082.25 | = | $ 44,916.25 |

35. Total projected cash receipts for the next month: $ 31,658.45
36. Total projected cash disbursements for the next month: - $ 22,500.00
37. Total projected net cash flow for the next month: = $ 9,158.45

Debtor Name  Robert Ford Insurance Agency, Inc                    Case number 21-30224 -SHB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [x] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**March 2021 Monthly Report**

**Robert Ford Insurance Agency, Inc.**          **Case 21-30224** -SHB

**Exhibit A**

Question 3
Did you pay all your bills on time?

A: No. I did not pay some of the loan payments due to my creditors. I also have estimated tax payments due for 2021 and taxes owed for 2019 that have not been paid.

Question 5
Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

A: The Allstate commission was paid on Mar. 17 and deposited into my DIP account. However, the payment for creditor Republic Bank was automatically deducted from the Allstate commission before it was deposited in the DIP account.

Question 6
Have you timely filed your tax returns and paid all of your taxes?

A: As stated in Question 3, I have estimated tax payments due for 2021 and taxes owed for 2019 that have not been paid. Taxes for 2020 have not been completed or filed.

Question 7
Have you timely filed all other government filings?

A: No, due to a mix-up in my attorney's office, my last monthly report did not get filed with the US Trustee on time.

**Exhibit B**

Question 17
Have you paid any bills you owed before you filed bankruptcy?

A: 1) Bills ordinary and necessary to running the business such as rent and utilities, leased computer equipment, phone systems, etc. have been paid. A number of these are under contracts signed before the insurance agency filed bankruptcy.
2) Allstate has automatically deducted the monthly loan payment to Republic Bank, one of the creditors in this bankruptcy, from the Agency's monthly commission before depositing it in the Agency's account.

## Robert Ford Insurance Agency      Case No.  21-30224-SHB

### Exhibit C Cash Received

| Date | Transaction Type | Description | Bank/Quickbook category | Amount |
|---|---|---|---|---|
| 03/03/2021 | Deposit | Patterson CA agency installment pmt | Regions Bank | 4,914.27 |
| | | ALLSTATE INSURAN EPC | Patterson Agency Sale - Receivable | |
| | | | | $ **4,914.27** |
| 03/11/2021 | Deposit | | Regions Bank | 23.60 |
| | | MOBILE DEPOSIT- AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ **23.60** |
| 03/11/2021 | Deposit | | Regions Bank | 21.30 |
| | | MOBILE DEPOSIT- AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ **21.30** |
| 03/11/2021 | Deposit | | Regions Bank | 54.80 |
| | | MOBILE DEPOSIT- AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ **54.80** |
| 03/11/2021 | Deposit | | Regions Bank | 12.50 |
| | | MOBILE DEPOSIT- AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ **12.50** |
| 03/11/2021 | Deposit | | Regions Bank | 87.63 |
| | | MOBILE DEPOSIT- AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ **87.63** |
| 03/11/2021 | Deposit | | Regions Bank | 335.17 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---|
| | | MOBILE DEPOSIT-AVAIL TONIGHT | TN Other Commissions | |
| | | | | $ 335.17 |
| 03/17/2021 | Deposit | | Regions Bank | 2.00 |
| | | ALLSTATE INSURAN EPC | Commissions:TN Allstate Commissions | |
| | | | | $ 2.00 |
| 03/17/2021 | Deposit | | | |
| | | Gross commission earned from Allstate before deductions. | Commissions:TN Allstate Commissions | |
| | | | | $ 27,183.84 |
| Total deposits | | | | $ 38,086.38 |

**Robert Ford Insurance Agency**  **Case No. 21-30224** -SHB

**March 2021 Exhibit D Expenses**

| Date | Type | Payee | Description | Bank/Category | Amount |
|---|---|---|---|---|---|
| 03/02/2021 | Expense | | | regions Bank | |
| | | | SOFI PAYMENTS   PL PYMT | TN Robert Equity Draw | $ 956.78 |
| 03/02/2021 | Expense | | | regions Bank | |
| | | | SAMS CLUB SAM   7986 | TN Robert Equity Draw | $ 187.52 |
| 03/02/2021 | Expense | | Cashiers checks since reg checks not yet printed | regions Bank | |
| | | | Gayle Storment | TN Rent | $ 2,000.00 |
| | | | KUB | TN Utilities | $ 300.00 |
| 03/03/2021 | Expense | LIGHTSPEED VOIC  7986 | | regions Bank | |
| | | | LIGHTSPEED VOIC  7986 | TN Utilities | $ 245.00 |
| 03/04/2021 | Expense | ACE MEDIA PRODU  7986 | | regions Bank | |
| | | | ACE MEDIA PRODU  7986 | TN Advertising/Promotional | $ 39.60 |
| 03/05/2021 | Expense | Allstate | BOP policy for agency insurance | regions Bank TN Insurance | $ 73.42 |

| Date | Type | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 03/05/2021 | Expense | | HARLAND CLARKE | HARLAND CLARKE  HARLAND CLARKE CHK ORDERS | regions Bank  Office Expenses | $ 20.00 |
| 03/08/2021 | Expense | | | MAPCO 3702    7986 | regions Bank  TN Auto | $ 50.00 |
| 03/11/2021 | Expense | | AIC*MKTG STOREF | AIC*MKTG STOREF  7986 | regions Bank  TN Office Expenses | $ 110.00 |
| 03/11/2021 | Expense | | Don Gallo | DON GALLO - HAR  7986 | regions Bank  TN Entertainment Meals | $ 95.13 |
| 03/12/2021 | Check | 101 | Robert Ford | CHECK #101 | regions Bank  TN Robert Equity Draw | $ 11,100.00 |
| 03/15/2021 | Expense | | | RACEWAY XXXX X  7986 | regions Bank  TN Auto | $ 60.00 |
| 03/16/2021 | Expense | | Meal | LOCO BURRO FRES  7986 | regions Bank  TN Entertainment Meals | $ 42.12 |

| Date | Type | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 03/17/2021 | Expense | | PPI | PAYROLLING PARTN INVO | regions Bank / Professional Empl Services | $ 1,871.65 |
| 03/17/2021 | Expense | | PPI | PAYROLLING PARTN INVO | regions Bank / Professional Empl Services | $ 1,871.65 |
| 03/17/2021 | Expense | | PPI | PAYROLLING PARTN INVO | regions Bank / Professional Empl Services | $ 1,863.25 |
| 03/17/2021 | Expense | | PPI | PAYROLLING PARTN INVO | regions Bank / Professional Empl Services | $ 1,871.65 |
| 03/17/2021 | Expense | | BCBS of TN | BCBS OF TN, INC 7986 | regions Bank / Health Insurance | $ 2,237.48 |
| 03/17/2021 | Deposit | | | The following are all deducted from Allstate commission | | |
| | | | deducted from commission by Allstate | non cash awards dedn - marketing expenses | Commissions:TN Advertising non cash awards | $ 1,299.03 |
| | | | deducted from commission by Allstate | Allstate collected charity donation | Charitable donation | $ 50.00 |
| | | | deducted from commission by Allstate | payment on loan made to Robert Ford Insurance Agency | Republic | $ 10,823.92 |
| 03/19/2021 | Expense | | PPI | PAYROLLING PARTN DD-PPI | regions Bank / Professional Empl Services | $ 1,871.65 |
| 03/22/2021 | Check | 103 | Robert Ford | owner draw | regions Bank | |

| Date | Type | Check # | Payee | Memo | Account | Category | Amount |
|---|---|---|---|---|---|---|---|
| | | | | owner draw | TN Robert Equity Draw | | $ 13,000.00 |
| 03/22/2021 | Check | 102 | Franchise Tax Board | CA tax | regions Bank | | |
| | | | | CA tax | | Taxes & Licenses | $ 800.00 |
| 03/24/2021 | Expense | | PPI | PAYROLLING PARTN INVOICE | regions Bank | Professional Empl Services | $ 1,841.41 |
| 03/25/2021 | Expense | | AT&T | AT&T*BILL PAYME 7986 | regions Bank | TN Utilities | $ 275.68 |
| 03/26/2021 | Expense | | Comcast | COMCAST 7986 | regions Bank | TN Office Expenses | $ 266.28 |
| 03/29/2021 | Expense | | Signasource EMA | SIGNASOURCE EMA 7986 | regions Bank | TN Office Expenses | $ 104.00 |
| 03/31/2021 | Expense | | PPI | PAYROLLING PARTN INVOICE | regions Bank | Professional Empl Services | $ 1,841.41 |
| TOTAL | | | | | | | $ 57,168.63 |

**Notes:**
1. Sofi payments will in future be deducted from Robert Ford's personal account. Above they are accounted as Robert Ford equity draw.
2. 3/17/21 payment to BCBS of TN represents two monthly payments due to hold on cashiers check deposited to DIP account in Feb. Second payment is catchup for Feb.
3. Fees paid to Professional Employer Organization PPI were also in arrears in Feb. due to changeover to DIP account in Feb. Therefore there are 7 payroll deductions in March to catch up. These will be weekly going forward.
4. Per Chapter 11 requirements, all payments to creditors were to cease as of Feb. 11, 2021. However, Republic Bank is still taking payments from Robert Ford Insurance Agency, Inc.'s Allstate commission.
5. Robert Ford Insurance Agency employees actually work for PPI.
   PPI is a Professional Employer Organization that hires employees such as Licensed Sales Producers, and pay their wages, workers comp, FUTA, social security, payroll taxes, etc.

# Robert Ford Insurance Agency Inc

## Profit and Loss
### March 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|   Commissions | 0.00 |
|     TN Advertising non cash awards | -1,299.03 |
|     TN Allstate Commissions | 27,185.84 |
| **Total Commissions** | **25,886.81** |
|   TN Other Commissions | 535.00 |
| **Total Income** | **$26,421.81** |
| **GROSS PROFIT** | **$26,421.81** |
| **Expenses** | |
|   Charitable donation | 50.00 |
|   Health Insurance | 2,237.48 |
|   Office Expenses | 20.00 |
|   Payroll | 13,032.67 |
|   Taxes & Licenses | 800.00 |
|   TN  Insurance | 73.42 |
|   TN Advertising/Promotional | 39.60 |
|   TN Auto | 110.00 |
|   TN Entertainment Meals | 137.25 |
|   TN Office Expenses | 480.28 |
|   TN Rent | 2,000.00 |
|   TN Utilities | 820.68 |
| **Total Expenses** | **$19,801.38** |
| **NET OPERATING INCOME** | **$6,620.43** |
| **NET INCOME** | **$6,620.43** |

# ROBERT FORD INSURANCE AGENCY I

## LIFEGREEN BUSINESS SIMPLE CHEC *9860

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $59,563.02 | -$52.00 | $59,511.02 | 2 | $0.00 |

## Activity        Statements & Docs

Date Range: Previous month

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 3/31/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,841.41 | $65,449.99 |
| 3/29/2021 | Card Purchase | SIGNASOURCE EMA 7986 | −$104.00 | $67,291.40 |
| 3/26/2021 | Card Purchase | COMCAST 7986 | −$266.28 | $67,395.40 |
| 3/25/2021 | Card Purchase | AT&T*BILL PAYME 7986 | −$275.68 | $67,661.68 |
| 3/24/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,841.41 | $67,937.36 |
| 3/22/2021 | Check | CHECK #103 | −$13,000.00 | $69,778.77 |
| 3/22/2021 | Check | CHECK #102 | −$800.00 | $82,778.77 |
| 3/19/2021 | Debit | PAYROLLING PARTN DD-PPI | −$1,871.65 | |
| Date | Type | Description | Amount | |
| 3/17/2021 | Debit | PAYROLLING PARTN INVOICE | $1,871.65 | $85,450.42 |

Message Us

| Date | Type | Description | Amount | |
|---|---|---|---|---|
| 3/17/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,871.65 | $85,450.42 |
| 3/17/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,871.65 | $87,322.07 |
| 3/17/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,871.65 | $89,193.72 |
| 3/17/2021 | Debit | PAYROLLING PARTN INVOICE | −$1,863.25 | $91,065.37 |
| 3/17/2021 | Card Purchase | BCBS OF TN, INC 7986 | −$2,237.48 | $92,928.62 |
| 3/17/2021 | Electronic Credit | **ALLSTATE INSURAN EPC** | **$15,010.89** | $95,166.10 |
| 3/17/2021 | Electronic Credit | **ALLSTATE INSURAN EPC** | **$2.00** | $80,155.21 |
| 3/16/2021 | Card Purchase | LOCO BURRO FRES 7986 | −$42.12 | $80,153.21 |
| 3/15/2021 | Card Purchase | RACEWAY 6759 4 7986 | −$60.00 | $80,195.33 |
| 3/12/2021 | Check | CHECK #101 | −$11,100.00 | $80,255.33 |
| 3/11/2021 | Card Purchase | DON GALLO - HAR 7986 | −$95.13 | $91,355.33 |
| 3/11/2021 | Card Purchase | AIC*MKTG STOREF 7986 | −$110.00 | $91,450.46 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$335.17** | $91,560.46 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$87.63** | $91,225.29 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$54.80** | $91,137.66 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$23.60** | $91,082.86 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$21.30** | $91,059.26 |
| 3/11/2021 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$12.50** | |

Message Us

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 3/8/2021 | Card Purchase | MAPCO 3702 7986 | −$50.00 | $91,025.46 |
| 3/5/2021 | Debit | HARLAND CLARKE CHK ORDERS | −$20.00 | $91,075.46 |
| 3/5/2021 | Card Purchase | AIC*ALLSTATE IN 7986 | −$73.42 | $91,095.46 |
| 3/4/2021 | Card Purchase | ACE MEDIA PRODU 7986 | −$39.60 | $91,168.88 |
| 3/3/2021 | Card Purchase | LIGHTSPEED VOIC 7986 | −$245.00 | $91,208.48 |
| 3/3/2021 | Electronic Credit | **ALLSTATE INSURAN EPC** | **$4,914.27** | $91,453.48 |
| 3/2/2021 | Card Purchase | SAMS CLUB SAM 7986 | −$187.52 | $86,539.21 |
| 3/2/2021 | Debit | SOFI PAYMENTS PL PYMT | −$956.78 | $86,726.73 |
| 3/2/2021 | Debit | BANK DEBIT | −$2,300.00 | $87,683.51 |

Explore Next Step Financial Wellness. Articles. Podcasts. Templates. Get Started.

Message Us

Robert Ford Insurance Agency Inc

**Region Bank, Period Ending 03/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/05/2021

Reconciled by: Robert Ford

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                               USD

| | |
|---|---:|
| Statement beginning balance | 89,983.51 |
| Checks and payments cleared (26) | -44,995.68 |
| Deposits and other credits cleared (9) | 20,462.16 |
| Statement ending balance | 65,449.99 |
| | |
| Register balance as of 03/31/2021 | 65,449.99 |
| Cleared transactions after 03/31/2021 | 0.00 |
| Uncleared transactions after 03/31/2021 | -2,300.00 |
| Register balance as of 04/05/2021 | 63,149.99 |

**Details**

Checks and payments cleared (26)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/02/2021 | Expense | | | -956.78 |
| 03/02/2021 | Expense | | | -187.52 |
| 03/02/2021 | Expense | | | -2,300.00 |
| 03/03/2021 | Expense | | LIGHTSPEED VOIC 7986 | -245.00 |
| 03/04/2021 | Expense | | ACE MEDIA PRODU 7986 | -39.60 |
| 03/05/2021 | Expense | | Allstate | -73.42 |
| 03/05/2021 | Expense | | HARLAND CLARKE | -20.00 |
| 03/08/2021 | Expense | | | -50.00 |
| 03/11/2021 | Expense | | Don Gallo | -95.13 |
| 03/11/2021 | Expense | | | -110.00 |
| 03/12/2021 | Check | 101 | Robert Ford | -11,100.00 |
| 03/15/2021 | Expense | | | -60.00 |
| 03/16/2021 | Expense | | | -42.12 |
| 03/17/2021 | Expense | | BCBS of TN | -2,237.48 |
| 03/17/2021 | Expense | | PPI | -1,871.65 |
| 03/17/2021 | Expense | | PPI | -1,871.65 |
| 03/17/2021 | Expense | | PPI | -1,871.65 |
| 03/17/2021 | Expense | | PPI | -1,863.25 |
| 03/19/2021 | Expense | | PPI | -1,871.65 |
| 03/22/2021 | Check | 102 | Franchise Tax Board | -800.00 |
| 03/22/2021 | Check | 103 | Robert Ford | -13,000.00 |
| 03/24/2021 | Expense | | | -1,841.41 |
| 03/25/2021 | Expense | | AT&T | -275.68 |
| 03/26/2021 | Expense | | Comcast | -266.28 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/29/2021 | Expense | | | -104.00 |
| 03/31/2021 | Expense | | | -1,841.41 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -44,995.68 |

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2021 | Deposit | | | 4,914.27 |
| 03/11/2021 | Deposit | | | 335.17 |
| 03/11/2021 | Deposit | | | 87.63 |
| 03/11/2021 | Deposit | | | 12.50 |
| 03/11/2021 | Deposit | | | 23.60 |
| 03/11/2021 | Deposit | | | 21.30 |
| 03/11/2021 | Deposit | | | 54.80 |
| 03/17/2021 | Deposit | | | 2.00 |
| 03/17/2021 | Deposit | | | 15,010.89 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 20,462.16 |

**Additional Information**

Uncleared checks and payments after 03/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/02/2021 | Check | 104 | Gayla Storment | -2,000.00 |
| 04/02/2021 | Check | 106 | KUB | -300.00 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -2,300.00 |