

**SO ORDERED.**
**SIGNED this 24th day of June, 2021**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION AT KNOXVILLE

IN RE:

| | |
|---|---|
| **ROBERT FORD INSURANCE AGENCY, INC.** | Case No. 3:21-bk-30224-SHB<br>Chapter 11 |

Debtor.

### ORDER GRANTING MOTION TO DISMISS BY ROBERT REGAL PURSUANT TO 11 U.S.C. § 1112(b)

This matter having come before the Court pursuant to the Motion to Dismiss the Chapter 11 Bankruptcy Pursuant to 11 U.S.C. § 1112(b) filed by Robert Regal (hereinafter "Movant"), and the Court, being fully advised, finds that the Debtor does not oppose said Motion, or its objection was overruled, and that the Motion is well taken.

Therefore, the Motion is hereby **GRANTED**, and the bankruptcy case is hereby **DISMISSED** for cause pursuant to 11 U.S.C 1112(b).

**IT IS SO ORDERED.**

# # #

APPROVED:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Robert Regal
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com